Attorney for Debtor
Christopher Mark Winslow #76156
**Law Office of Winslow & McCurry, PLLC**
1324 Sycamore Square, Suite 202C
Midlothian, VA 23113
(804) 423-1382

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re:  Jeffrey D. Patrick, Sr. | Case No. 13-35100 |
| 5807 Red Setter Lane | Chapter 13 |
| Moseley, VA 23120 | Trustee: Robert E. Hyman |
| Last four digits of SSN:  xxx-xx-4651 | |

**ORDER FOR SUPPLEMENTAL FEES**

Upon the Application for Supplemental Fee Allowance filed by Christopher M. Winslow, pursuant to Standing Order 08-1.

It is ORDERED that Christopher M. Winslow is awarded $250 in additional fees as set out in the motion:  The attorney settled a Motion for Relief which was filed on January 30, 2014 and the Order was entered on March 27, 2014.

Enter:  Nov 14 2014

/s/ Keith L. Phillips
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket: 11/14/14

| I ask for this and I hereby certify pursuant to Local Rule 9022 that this Order has been endorsed by all necessary parties:<br><br>/s/ Christopher M. Winslow<br>Christopher M. Winslow, Esq.<br>Counsel for Jeffrey D. Patrick, Sr., the debtor<br>Attorney for Debtor<br>Christopher Mark Winslow #76156<br>**Law Office of Winslow & McCurry, PLLC**<br>1324 Sycamore Square, Suite 202C<br>Midlothian, VA 23113<br>(804) 423-1382 | Seen and Agreed:<br><br>/s/ Robert E. Hyman<br>Robert E. Hyman, Chapter 13 Trustee<br>P.O. Box 1780<br>Richmond, VA 23219<br>Telephone: (804) 775-0979 |
|---|---|

**The Clerk shall mail copies of this Order to:** Christopher Mark Winslow **Law Office of Winslow & McCurry, PLLC** 1324 Sycamore Square, Suite 202C Midlothian, VA 23113 , United States Trustee, 701 E. Broad Street, Suite 4304, Richmond, VA 23219, the debtor, Jeffrey D. Patrick, Sr., 5807 Red Setter Lane, Moseley, VA 23120; Robert E. Hyman, Chapter 13 Trustee, P.O. Box 1780, Richmond, VA 23219.